IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVANNAH MOTORCARS, LLC, d/b/a SAVANNAH VOLKSWAGEN; and PEACOCK RE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Defendant. | CIVIL ACTION NO.: 4:20-cv-0037 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal signed and filed by counsel for Plaintiffs and counsel for Defendant on September 7, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of Plaintiffs' Amended Complaint and all claims asserted therein by Plaintiffs against Defendant, with Plaintiffs and Defendant to each bear and be responsible for their own costs, expenses and attorney's fees. (Doc. 81, p. 1.) Plaintiffs and Defendant further stipulate and agree that all rights of appeal are waived. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 14th day of September, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA